UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TERESA L HOLLOWAY,<br><br>                          Plaintiff,<br>           v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                          Defendant. | Case No. C21-5300 TLF<br><br>ORDER DISMISSING COMPLAINT |

This matter comes before the Court on the Court's Order to Show Cause. Dkt. 14. For the reasons set forth below, plaintiff's complaint is dismissed without prejudice for failure to prosecute.

On August 6, 2021, the Court granted the Commissioner's motion for extension of time and directed the Commissioner to file the Certified Administrative Record and Response by September 6, 2021. Dkt. 12. In that same order, the Court set the deadline for plaintiff to file an opening brief for October 4, 2021. Dkt.12. The Commissioner filed the Certified Administrative Record and Answer on September 3, 2021. Dkt. 13. Plaintiff did not file an opening brief and did not file a motion seeking extension of time by the October 4, 2021 deadline.

On October 26, 2021, the Court issued an Order to Show Cause directing plaintiff to show cause, by no later than November 12, 2021, why the Court should not issue an

ORDER DISMISSING COMPLAINT - 1

order of dismissal for failure to prosecute. Dkt. 14. Plaintiff has not filed an opening brief and has not responded to the Order to Show Cause.

Based on the foregoing, this action is DISMISSED without prejudice for failure to prosecute.

Dated this 15th day of December, 2021.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER DISMISSING COMPLAINT - 2